Arnold B. Calmann (abc@saiber.com)
Katherine A. Escanlar
(kescanlar@saiber.com)
SAIBER LLC
7 Giralda Farms, Suite 360
Madison, New Jersey 07940
Telephone:  973.622.333

Andrew M. Alul (aalul@taftlaw.com)
Richard T. Ruzich (rruzich@taftlaw.com)
Roshan P. Shrestha, Ph.D.
(rshrestha@taftlaw.com)
Luke T. Shannon (lshannon@taftlaw.com)
TAFT STETTINIUS & HOLLISTER LLP
111 East Wacker Drive
Suite 2600
Chicago, IL 60601
Telephone: 312-527-4000

*Attorneys for Defendant Apotex Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **AXSOME THERAPEUTICS, INC.,** | Civil Action No. 2:25-cv-16038-MEF-AME |
| **Plaintiff,** | **NOTICE OF DEFENDANT APOTEX'S RULE 12(c) MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS** |
| v. | |
| **APOTEX INC.,** | Return Date:  April 6, 2026 |
| **Defendant.** | Oral Argument Requested |
| | ***DOCUMENT FILED ELECTRONICALLY*** |

**TO:    COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that on **Monday, April 6, 2026** at **10:00 a.m.**, or as soon thereafter as counsel may be heard, Defendant Apotex Inc. ("Defendant" or "Apotex") will appear before the Honorable Michael E. Farbiarz, U.S.D.J., at the Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Courtroom 4, Newark, New Jersey 07101, and will move this Court for entry of an Order granting Defendant's Rule 12(c) Motion for Partial Judgment on the Pleadings.

**PLEASE TAKE FURTHER NOTICE** that in support of its Motion, Defendant will rely upon the accompanying Brief submitted concurrently herewith, the Declaration of Luke T. Shannon in support of Apotex's Rule 12(c) Motion for Partial Judgment on the Pleadings (with exhibits), any reply papers in support of this Motion, and oral argument, if any, which is specifically requested.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is also submitted for the Court's consideration.

**PLEASE TAKE FURTHER NOTICE** that Defendant requests oral argument on this Motion if timely opposition is filed.

Dated:  March 10, 2026

Respectfully submitted,

SAIBER LLC
*Attorneys for Defendant Apotex Inc.*

s/    Arnold B. Calmann
    Arnold B. Calmann
    abc@saiber.com

*Of Counsel:*

Andrew M. Alul (aalul@taftlaw.com)
Richard T. Ruzich (rruzich@taftlaw.com)
Roshan P. Shrestha, Ph.D.
(rshrestha@taftlaw.com)
Luke T. Shannon (lshannon@taftlaw.com)
TAFT STETTINIUS & HOLLISTER LLP
111 East Wacker Drive
Suite 2600
Chicago, IL 60601
Telephone: 312-527-4000

    Katherine A. Escanlar
    kescanlar@saiber.com
    7 Giralda Farms, Suite 360
    Madison, New Jersey 07940
    973.622.333