**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| **AXSOME THERAPEUTICS, INC.,**<br><br>　　　　　**Plaintiff,**<br><br>　v.<br><br>**APOTEX INC.,**<br><br>　　　　　**Defendant.** | Civil Action No. 2:25-cv-16038-MEF-AME<br><br><br>*DOCUMENT FILED ELECTRONICALLY* |

**DECLARATION OF LUKE T. SHANNON IN SUPPORT OF APOTEX'S**
**RULE 12(C) MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS**

I, Luke T. Shannon, of full age, hereby declare as follows:

1.　　　I am an attorney licensed to practice in Illinois and am employed by the firm Taft Stettinius & Hollister LLP, counsel to Defendant Apotex Inc. ("Apotex") in this matter.  In such capacity, I am fully familiar with the facts contained herein.

2.　　　I submit this Declaration in support of Apotex's Motion for Partial Judgment on the Pleadings pursuant to Rule 12(c).

3.　　　Attached hereto as Exhibit A is a true and correct copy of Jonathan J. Darrow & Daniel T.C. Mai, *An Orange Book Landscape:  Drugs, Patents, and Generic Competition*, 77 FOOD & DRUG L.J. 51 (2022).

4.　　　Attached hereto as Exhibit B is a true and correct copy of Aaron S. Kesselheim & Johnathan J. Darrow, *Hatch-Waxman Turns 30:  Do We Need a Re-Designed Approach for the Modern Era?*, 15 YALE J. HEALTH POL'Y, L. & ETHICS 293 (2015).

5.　　　Attached hereto as Exhibit C is a true and correct copy of a Letter from Elizabeth Warren & Pramila Jayapal to Dr. Robert M. Califf, M.D., Commissioner of Food and Drugs, U.S. Food    &    Drug    Administration    (Aug.    28,    2023),    available    at

1

https://www.warren.senate.gov/imo/media/doc/2023.08.28%20Letter%20to%20FDA%20re%20drug%20patents.pdf.

6.    Attached hereto as Exhibit D is a true and correct copy of a Letter from Janet Woodcock, M.D., Acting Commissioner of Food and Drugs, U.S. Food & Drug Administration, to Andrew Hirshfeld, Performing the Functions and Duties of the Under Secretary of Commerce for Intellectual Property and Director of the U.S. Patent & Trademark Office, U.S. Patent & Trademark Office (Sept. 10, 2021), available at https://www.fda.gov/media/152086/download.

7.    Attached hereto as Exhibit E is a true and correct copy of Dkt. No. PTO-P-2024-0003, Terminal Disclaimer Practice to Obviate Nonstatutory Double Patenting, 7/9/24 Comment of the United States Federal Trade Commission (U.S. Patent & Trademark Office).

8.    Attached hereto as Exhibit F is a true and correct copy of an excerpt of Section 2.2.1.2 of Apotex Inc.'s ANDA No. 220803, titled "Pharmaceutical Development Report."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Dated:  March 9, 2026

_____
Luke T. Shannon

2