## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| **AXSOME THERAPEUTICS, INC.,**<br><br>**Plaintiff,**<br><br>v.<br><br>**APOTEX INC.,**<br><br>**Defendant.** | Civil Action No. 2:25-cv-16038-MEF-AME<br><br>**ORDER GRANTING DEFENDANT APOTEX'S RULE 12(C) MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS**<br><br>*Document Filed Electronically* |

**THIS MATTER** having been opened to the Court by Defendant Apotex Inc. ("Apotex"), by and through counsel herein, on notice to all counsel, for entry of an Order, pursuant to Federal Rule of Civil Procedure 12(c), for judgment of non-infringement of U.S. Patent Nos. 9,821,075; 10,029,010; 10,058,614; 10,137,131; 10,195,278; 10,265,324; 10,363,312; 10,471,014; 10,471,069; 10,512,692; 10,512,693; 10,517,950; 10,532,101; 10,537,642; 10,561,664; 10,583,144; 10,653,777; 10,688,185; 10,695,429; 10,695,430; 10,702,535; 10,702,602; 10,722,583; 10,729,696; 10,729,697; 10,729,773; 10,758,617; 10,758,618; 10,780,165; 10,780,166; 10,799,588; 10,821,181; 10,821,182; 10,894,053; 10,905,693; 10,918,722; 10,933,136; 10,933,137; 10,940,153; 11,013,805; 11,013,806; 11,020,483; 11,045,549; 11,135,295; 11,207,328; 11,219,626; 11,285,213; 11,426,414; 11,504,429; 11,607,456; 11,617,755; 11,617,791; 11,759,522; 11,801,250; 11,806,354; and 12,128,052, which the Complaint asserts in Counts I-VII, XI-XX, XXII-XLIII, XLV-LII, LV, LVIII, LXII-LXIII, LXV, LXIX-LXXI, and LXXIV, respectively, and the Court having considered said application; and the Court having considered the papers submitted by Apotex in support of the within Motion, and any papers submitted by Plaintiff Axsome Therapeutics, Inc. ("Plaintiff") in opposition thereto; and the Court having considered oral argument of the parties, if any; and the Court

having considered the pleadings and status of this matter; and for the reasons set forth in the record of the proceedings, and for other and good cause having been shown,

**IT IS** on this ___ day of _____, 2026

**ORDERED** that Apotex's Rule 12(c) Motion for Partial Judgment on the Pleadings is hereby **GRANTED**, and it is further

**ORDERED** that Counts I-VII, XI-XX, XXII-XLIII, XLV-LII, LV, LVIII, LXII-LXIII, LXV, LXIX-LXXI, and LXXIV of the Complaint against Apotex are hereby dismissed, with prejudice.

_____
HONORABLE MICHAEL E. FARBIARZ
United States District Judge