

Charles M. Lizza

Phone:  (973) 286-6715

Fax:  (973) 286-6800

clizza@saul.com

www.saul.com

**VIA ECF**                                                                March 18, 2026

The Honorable Michael E. Farbiarz, U.S.D.J.
United States District Court for the District of New Jersey
Frank R. Lautenberg U.S. Post Office & Courthouse Building
2 Federal Square
Newark, New Jersey 07101

      Re:    *Axsome Therapeutics, Inc. v. Apotex Inc.*
            Civil Action No. 25-16038 (MEF)(AME)

Dear Judge Farbiarz:

This firm, together with Quinn Emanuel Urquhart & Sullivan, LLP, represents Plaintiff Axsome Therapeutics, Inc. in the above-captioned matter. We write regarding Plaintiff's forthcoming opposition to Defendant's Rule 12(c) Motion for Partial Judgment on the Pleadings ("Motion") (D.I. 36).

Plaintiff respectfully requests that the Court extend Plaintiff's time to oppose the Motion (D.I. 36) to April 22, 2026. Pursuant to the automatic extension provided under L. Civ. R. 7.1(d)(5) and this Court's Motion Days calendar, Plaintiff's opposition to Defendant's Motion would be due on April 6, 2026, which is the day after Easter. Further, Defendant's Motion contains highly-technical subject matter. To prepare its opposition, Plaintiff will need to consult with experts (and obtain clearance for expert access to confidential information in the absence of a confidentiality order in this case). Accordingly, in light of the religious holidays and the need to coordinate schedules of experts and counsel, Plaintiff respectfully requests some additional time, until April 22, to file its opposition papers. The parties will discuss case scheduling before Judge Espinosa at the Initial Scheduling Conference on March 26, 2026.

We have conferred with counsel for Defendant and understand that Defendant intends to object to this modest extension. Nevertheless, for the foregoing reasons, Plaintiff respectfully requests that the due date for its opposition be set for April 22, 2026. If the requested extension meets with the Court's approval, we have included a form of endorsement below.

Thank you for Your Honor's kind attention to this matter.

                                Respectfully yours,

                                Charles M. Lizza

cc:    Hon. André M. Espinosa, U.S.M.J. (via ECF)
       All counsel (via email)

One Riverfront Plaza, Suite 1520 ♦ Newark, NJ 07102-5426 ♦ Phone: (973) 286-6700 ♦ Fax: (973) 286-6800

CALIFORNIA  DELAWARE  FLORIDA  ILLINOIS  MARYLAND  MASSACHUSETTS  MINNESOTA  NEW JERSEY  NEW YORK  PENNSYLVANIA  WASHINGTON, DC

A DELAWARE LIMITED LIABILITY PARTNERSHIP

Hon. Michael E. Farbiarz, U.S.D.J.
March 18, 2026
Page 2


SO ORDERED that Plaintiff shall file its opposition to Defendant's Rule 12(c) Motion for Partial Judgment on the Pleadings (D.I. 36-37) on April 22, 2026.


_____

Hon. Michael E. Farbiarz, U.S.D.J.