

Charles M. Lizza
Phone:  (973) 286-6715
Fax:  (973) 286-680028
clizza@saul.com
www.saul.com

March 19, 2026

**VIA ECF**

The Honorable Michael E. Farbiarz, U.S.D.J.
United States District Court for the District of New Jersey
Frank R. Lautenberg U.S. Post Office & Courthouse Building
2 Federal Square
Newark, New Jersey 07101

> Re:   *Axsome Therapeutics, Inc. v. Apotex Inc.*
> Civil Action No. 25-16038 (MEF)(AME)

Dear Judge Farbiarz:

This firm, together with Quinn Emanuel Urquhart & Sullivan, LLP, represents Plaintiff Axsome Therapeutics, Inc. in the above-captioned matter.  We write in response to Defendant's March 18, 2026 letter to Your Honor (D.I. 39) opposing Plaintiff's March 18, 2026 request that the Court set Plaintiff's deadline to oppose Defendant's Rule 12(c) Motion to April 22, 2026 (D.I. 38, and Defendant's Motion, D.I. 36).

Defendant's March 18, 2026 letter contains mischaracterizations.  The parties are separately negotiating a proposed case schedule and have exchanged drafts of a Joint Discovery Plan in preparation for an upcoming Rule 16 conference before Magistrate Espinosa. *See* D.I. 20. Thus, Defendants' assertion that Axsome is "refus[ing] to engage in reasonable case-management discussion" is without merit.

Further, Axsome does not oppose Apotex's alternative request for a corresponding extension of its reply deadline to May 4, 2026.

Thank you for Your Honor's kind attention to this matter.

Respectfully yours,

Charles M. Lizza

cc:   Hon. André M. Espinosa, U.S.M.J. (via ECF)
      All counsel (via email)

One Riverfront Plaza, Suite 1520 ◆ Newark, NJ 07102-5426 ◆ Phone: (973) 286-6700 ◆ Fax: (973) 286-6800

CALIFORNIA  DELAWARE  FLORIDA  ILLINOIS  MARYLAND  MASSACHUSETTS  MINNESOTA  NEW JERSEY  NEW YORK  PENNSYLVANIA  WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP