**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **AXSOME THERAPEUTICS, INC.,**<br><br>**Plaintiff,**<br><br>v.<br><br>**APOTEX INC.,**<br><br>**Defendant.** | Civil Action No. 2:25-cv-16038-MEF-AME<br><br><br>*DOCUMENT FILED ELECTRONICALLY* |

**DECLARATION OF LUKE T. SHANNON IN SUPPORT OF APOTEX'S
RULE 12(c) MOTION REPLY BRIEF**

I, Luke T. Shannon, of full age, hereby declare as follows:

1.      I am an attorney licensed to practice in Illinois and am employed by the firm Taft Stettinius & Hollister LLP, counsel to Defendant Apotex Inc. ("Apotex") in this matter.  In such capacity, I am fully familiar with the facts contained herein.

2.      I submit this Declaration in support of Apotex's Reply Brief in support of its Rule 12(c) Motion for Partial Judgment on the Pleadings.

3.      Attached hereto as Exhibit A is a true and correct copy of excerpts from the prosecution history for U.S. Patent Application No. 15/132,130, which issued into U.S. Patent No. 9,821,075.

4.      Attached hereto as Exhibit B is a true and correct copy of excerpts from the prosecution history for U.S. Patent Application No. 16/001,697, which issued into U.S. Patent No. 10,471,014.

5.      Attached hereto as Exhibit C is a true and correct copy of excerpts from the prosecution history for U.S. Patent Application No. 16/867,929, which issued into U.S. Patent No. 10,821,182

1

6.      Attached hereto as Exhibit D is a true and correct copy of excerpts from the prosecution history for U.S. Patent Application No. 17/677,906, which issued into U.S. Patent No. 11,617,755.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Dated:  May 4, 2026

Luke T. Shannon

2