Arnold B. Calmann (abc@saiber.com)
Katherine A. Escanlar
(kescanlar@saiber.com)
SAIBER LLC
7 Giralda Farms, Suite 360
Madison, New Jersey 07940
Telephone:  973.622.3333

Andrew M. Alul (aalul@taftlaw.com)
Richard T. Ruzich (rruzich@taftlaw.com)
Roshan P. Shrestha, Ph.D.
(rshrestha@taftlaw.com)
Luke T. Shannon (lshannon@taftlaw.com  )
TAFT STETTINIUS & HOLLISTER LLP
111 East Wacker Drive
Suite 2600
Chicago, IL 60601
Telephone: 312-527-4000

*Attorneys for Defendant Apotex Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **AXSOME THERAPEUTICS, INC.,**<br><br>**Plaintiff,**<br><br>v.<br><br>**APOTEX INC.,**<br><br>**Defendant.** | Civil Action No. 2:25-cv-16038-MEF-AME<br><br>**NOTICE OF DEFENDANT APOTEX'S UNOPPOSED MOTION TO SEAL**<br><br>Return Date:  June 15, 2026<br><br>***DOCUMENT FILED ELECTRONICALLY*** |

**TO:**        All Counsel of Record

**PLEASE TAKE NOTICE** that on **Monday, June 15, 2026 at 10:00 a.m.**, or as soon thereafter as counsel may be heard, Defendant Apotex Inc. ("Apotex") shall appear before the Honorable André M. Espinosa, U.S.M.J., at the Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Courtroom 2D, Newark, New Jersey 07101, and shall move this Court, pursuant to Local Civil Rule 5.3(c), for an Order permanently sealing portions of the following, which were filed under temporary seal:

1.    Defendant Apotex's Opening Brief in Support of its Rule 12(c) Motion for Partial Judgment on the Pleadings, and Exhibit F to the Declaration of Luke T. Shannon

support thereof (ECF Nos. 37 and 37-1);

2.  Plaintiff Axsome Therapeutics, Inc.'s Opposition to Defendant's Motion for Partial Judgment on the Pleadings (ECF No. 48); and

3.  Defendant Apotex's Reply Brief in Support of its Rule 12(c) Motion for Partial Judgment on the Pleadings (ECF No. 49).

**PLEASE TAKE FURTHER NOTICE** that in support of its Motion, Apotex shall rely upon the Declaration of Patrick Hui and the accompanying Index.  A proposed form of Order, including Proposed Findings of Fact and Conclusions of Law, is also submitted for the Court's consideration.

**PLEASE TAKE FURTHER NOTICE** that Plaintiff Axsome Therapeutics, Inc. ("Axsome") takes no position as to the confidentiality of the material Apotex moves to seal but, for the purposes of this motion only, does not object to its sealing.[1]

**PLEASE TAKE FURTHER NOTICE** that proposed redacted versions of Defendant Apotex's Opening Brief in Support of its Rule 12(c) Motion for Partial Judgment on the Pleadings (ECF No. 37),[2] Plaintiff Axsome Therapeutics, Inc.'s Opposition to Defendant's Motion for Partial Judgment on the Pleadings (ECF No. 48), and Defendant Apotex's Reply Brief in Support of its Rule 12(c) Motion for Partial Judgment on the Pleadings (ECF No. 49) have been filed under ECF Nos. 52-54, respectively.

Dated:  May 18, 2026                          Respectfully submitted,

---

[1] Apotex and Axsome agree that the Declaration of Lourania M. Oliver in support of Plaintiff's Opposition to Defendant's Motion for Partial Judgment on the Pleadings and Exhibits 1-7 thereto, as well as the Certificate of Service thereof, which were filed under temporary seal (ECF Nos. 48-1 to 48-9), contain no information requiring sealing and can be unsealed.

[2] Apotex seeks to seal Exhibit F to the Declaration of Luke T. Shannon in its entirety.

2

**SAIBER LLC**


s/ Arnold B. Calmann
Arnold B. Calmann (abc@saiber.com)
Jeffrey Soos (js@saiber.com)
Katherine A. Escanlar (kescanlar@saiber.com)
7 Giralda Farms, Suite 360
Madison, NJ 07940
(973) 622-3333 (telephone)
(973) 622-3349 (facsimile)


Andrew M. Alul (aalul@taftlaw.com)
Richard T. Ruzich (rruzich@taftlaw.com)
Roshan P. Shrestha, Ph.D. (rshrestha@taftlaw.com)
Luke T. Shannon (lshannon@taftlaw.com  )
**TAFT STETTINIUS & HOLLISTER LLP**
111 East Wacker Drive
Suite 2600
Chicago, IL 60601
Telephone: 312-527-4000

*Attorneys for Defendant Apotex Inc.*

3